**23484.  BREWER *v.* THE STATE.**

MacINTYRE, J.  The defendant was convicted of the larceny of an automobile (a felony) upon the testimony of an accomplice.  That testimony was not sufficiently corroborated by the other evidence in the case.  It was therefore error for the court to overrule the motion for a new trial.
*Judgment reversed.  Broyles, C. J., and Guerry, J., concur.*
DECIDED OCTOBER 23, 1933.

See *Brewer* v. *State,* ante.

**23517.  BROWN *v.* THE STATE.**

GUERRY, J.  The evidence, though circumstantial, was sufficient to support the verdict, which has the approval of the trial judge.  No error of law is complained of.  The judgment is therefore
*Affirmed.  Broyles, C. J., and MacIntyre, J., concur.*
DECIDED OCTOBER 23, 1933.

*W. A. Dampier,* for plaintiff in error.
*Lester F. Watson, solicitor,* contra.